O’MALLEY, Circuit Judge,
with whom WALLACH, Circuit Judge, joins,
dissenting from the denial of the petition for rehearing en banc.
For the reasons detailed in my dissent to the revised panel opinion, ePlus, Inc. v. Lawson Software, Inc., Nos. 13-1506, 1587, 789 F.3d 1349, 2015 WL 3772472 (June 18, 2015), and those articulated by Judge Newman and Judge Moore in their respective dissents from the denial of the petition for rehearing en banc, I believe we should hear this case en banc to reevaluate our finality, jurisprudence and address the constitutional concerns raised by 'both this case and Fresenius USA, Inc. v. Baxter International, Inc., 721 F.3d 1330 (Fed.Cir.2013).